UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

RECEIVED
DEC 21 2010
AT 8:30 _____ M
WALSH
CLERK

JUSTIN RACELIS                             CIVIL 09-3066(AET)

v.

BOROUGH OF SEASIDE HEIGHTS, et al.         O R D E R


It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 21st day of December 2010,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

_____
ANNE E. THOMPSON, U.S.D.J.